296 U.S. 631
 56 S.Ct. 154
 80 L.Ed. 448
 H. Newkirk WHEELER, petitioner,
v.
Robert E. CLARK, United States Marshal, etc.*
 No. 449.
 Supreme Court of the United States
 October 28, 1935
 
 Mr. Lin William Price, of Los Angeles, Cal., for petitioner.
 The Attorney General, for respondent.
 
 
 1
 For opinion below, see Wheeler v. U. S., 77 F.(2d) 216.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 663, 56 S. Ct. 246, 80 L. Ed. 473.